# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**17-1969 - Shenzhenshi Haitiecheng Sci. v. Rearden LLC**

**Movant-Appellant's Opening Brief**

## ORDER

The foregoing, having been received and examined, is not in compliance with the rules of this court and is therefore rejected for filing at this time.

A corrected brief must be filed within 14 days from the date of this order or there could be adverse consequences. The deficiencies are set forth in the attached listing. <u>The following shall apply when making corrections</u>:

1. The corrected brief must have the word "CORRECTED" on the cover.
2. The corrected version must be served on all counsel.
3. The corrected version must be accompanied by a new proof of service.
4. The deficiencies cited in this order must be the only changes made to the brief.

Calculation for the next filing starts from the service date of the original version, not the corrected version.

FOR THE COURT

July 03, 2017

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

cc: Frank Busch
Holly Gaudreau
Benjamin M. Kleinman-Green
Scott Kolassa
Jon Michaelson
James M. Wagstaffe

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 17-1969 - Shenzhenshi Haitiecheng Sci. v. Rearden LLC

The Movant-Appellant's Opening Brief has been rejected for following reasons:

- The case number on the cover is not centered <u>at the top</u>. Fed. R. App. P. 32(a)(2)(A)

- The statement of related cases is not in the correct location of the brief. The statement must appear after the table of authorities and before the jurisdictional statement. Fed. Cir. R. 28(a)

- The brief is not double-spaced. Fed. R. App. P. 32(a)(4); Fed. Cir. R. 32(c)

- Addendum material must be paginated with the corresponding appendix page numbers following the number format specified in Fed. Cir. R. 30(b)(4)(E). Fed. Cir. R. 28(a)(11).

  A document that is included in both the addendum and appendix must have the same page numbering. For example, if in the appendix a judgment in question is numbered Appx7-10, it must also be numbered Appx7-10 in the addendum.